**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| **JOSEPH DINGLER** | **PLAINTIFF** |
| **v.** | **No. 2:08CV20-B-A** |
| **CITY OF SOUTHAVEN, MS, ET AL.** | **DEFENDANTS** |

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant motion for a temporary restraining order or preliminary injunction is hereby **DENIED.** In light of this ruling, the plaintiff's motion [5] to expedite the court's ruling on the instant motion is hereby **DISMISSED** as moot.

**SO ORDERED,** this the ___10th___ day of June, 2008.

s/Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE