## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION


**JOSEPH DINGLER**                                                                                    **PLAINTIFF**

**v.**                                                                                    **No. 2:08CV20-B-A**

**CITY OF SOUTHAVEN, ET AL.**                                                            **DEFENDANTS**


### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motions by the various defendants to dismiss, for summary judgment, and for judgment on the pleadings are **GRANTED**.  The plaintiff's cross-motion for summary judgment is **DENIED**.  The request (contained in their counterclaim) of Brooke Ann Atkins and Ashley Faye Atkins for costs and attorneys fees is hereby **DENIED**.  The plaintiff's motion [55] for reconsideration is hereby **DISMISSED** as moot.  Judgment is hereby **ENTERED** for all defendants.  This case is **CLOSED**.


        **SO ORDERED,** this the 31ˢᵗ day of March, 2009.


                                                            */s/ Neal Biggers*
                                                            NEAL B. BIGGERS
                                                            SENIOR U. S. DISTRICT JUDGE